**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                                CASE NO.: 19-10998-JKO
                                                                                       CHAPTER 7

Jo Ann Harmon,

    Debtor.

_____/

## SUPPLEMENTAL EXHIBIT REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY

    Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby supplements its Motion for Relief from Stay (DE # 12) ("Motion") by filing the Limited Power of Attorney attached hereto as Exhibit "A". It is respectfully requested that the Court acknowledge this exhibit as part of the Motion filed on February 26, 2019 and allow Secured Creditor to proceed with the prosecution of its Motion to obtain relief as this Honorable Court deems just and appropriate.

                                                   ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                                   Attorney for Secured Creditor
                                                   6409 Congress Ave., Suite 100
                                                   Boca Raton, FL 33487
                                                   Telephone: 561-241-6901
                                                   Facsimile: 561-241-1969

                                                   By: /s/ Nathalie Rodriguez
                                                   Nathalie Rodriguez, Esquire
                                                   Florida Bar Number: 125114
                                                   Email: nrodriguez@rasflaw.com